UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| COY G. COX, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 15-80-ART |
| | ) | Civil No. 15-90-ART |
| v. | ) | |
| | ) | |
| SPECIALTY VEHICLE SOLUTIONS LLC, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Consistent with the order entered today and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** that:

(1) **JUDGMENT IS ENTERED** in favor of Specialty Vehicle Solutions LLC in both matters listed above, and this judgment shall be filed in both matters.

(2) This matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

(3) This is a **FINAL AND APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 18th day of November, 2015.



Signed By:
*Amul R. Thapar* AT
United States District Judge